| | |
|---|---|
| **From:** | Daniel L. Polsby |
| **To:** | Caryn Shaw (cshaw@shawattorneys.com) |
| **Cc:** | Paige M. Neel |
| **Subject:** | Howard Case Settlement |
| **Date:** | Monday, April 11, 2022 4:58:10 PM |

Caryn,

This email outlines the settlement agreement reached today. We will prepare a release and provide it to you ASAP.

1. Release of all claims against Respondent Board of Education and School District through the date of the release in exchange for $92,500 inclusive of all fees and costs with each party to bear its own costs;
2. Dismissal with prejudice of all claims filed by Complainant, including Human Rights Commission claim and federal lawsuit;
3. Neutral job reference providing last job title and dates of employment;
4. Confidentiality agreement (Complainant not responsible for third party statements);
5. Nothing in the settlement agreement will restrict Complainant from testifying in court or administrative proceedings if she receives a subpoena;
6. 10 days for parties to cure or attempt to cure any breach of the settlement agreement; and
7. The parties have agreed to waiver of reapplication – Complainant shall never apply for any positions with Respondent, but will be phrased in neutral manner.

**Daniel L. Polsby | Partner**
Clausen Miller P.C. | 10 South LaSalle Street, Suite 1600 | Chicago, Illinois 60603
312.606.7703 | vCard | bio

 

**Clausen Miller P.C.** Illinois • New York • California • New Jersey • Indiana • Wisconsin • Connecticut • Florida
**Clausen Miller International** London • Paris • Rome • Brussels

This electronic mail and any attachments are privileged and confidential and may be protected by the attorney-client privilege or attorney work product doctrine. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, any use, disclosure, copying, or distribution of this electronic mail is unauthorized. If you have received this electronic mail in error, please notify the sender immediately by calling 312.855.1010 and delete it from your computer. Thank you.

# EXHIBIT 3