## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Paula Howard,

Plaintiff(s),

v.

Proviso Township H.S. District #209 et al

Defendant(s).

Case No. 21 C 3573
Judge Jorge L. Alonso

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) Proviso Township H.S. District #209, Proviso Township High Schools Board of Education
and against plaintiff(s) Paula Howard

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                     presiding, and the jury has rendered a verdict.
☐ tried by Judge                 without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso          on a motion.

Date: 1/23/2023

Thomas G. Bruton, Clerk of Court

Lesley Fairley          , Deputy Clerk